People v Heidt (2023 NY Slip Op 51190(U))

[*1]

People v Heidt (John)

2023 NY Slip Op 51190(U)

Decided on November 15, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on November 15, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, J.

570392/16

The People of the State of New York, Respondent, 
against
John Heidt, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J., at CPL 30.30 motion; Melissa A. Crane, J., at plea and sentencing), rendered May 23, 2016, convicting him, upon his plea of guilty, of driving while impaired by alcohol, and imposing sentence.

Per Curiam.
Judgment of conviction (Guy H. Mitchell, J., at CPL 30.30 motion; Melissa A. Crane, J., at plea and sentencing), rendered May 23, 2016, affirmed.
Defendant forfeited review of his speedy trial claim by pleading guilty (see People v Suarez, 55 NY2d 940 [1982]). The recent amendments to CPL 30.30, which, inter alia, permit a defendant who pleaded guilty to raise a statutory speedy trial claim on appeal (see CPL 30.30[6]), and extended statutory speedy trial limitations to traffic infractions charged in the same accusatory instrument with certain other offenses (see CPL 30.30[1][e]), are not retroactive, and do not apply to criminal actions commenced prior to the January 1, 2020 effective date of the legislation (see L 2019, ch 59, part KKK, § 1), such as this 2016 action (see People v Galindo, 38 NY3d 199 [2022]; People v Hall, 210 AD3d 482, 483 [2022], lv denied 39 NY3d 1078 [2023]; People v Lara-Medina, 195 AD3d 542 [2021], lv denied 37 NY3d 993 [2021]). 
We decline defendant's invitation to vacate his conviction in the interest of justice. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: November 15, 2023